UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.  JUAN ROSARIO, | ) | |
| a/k/a "Carlos Castro; | ) | - 21 U.S.C. § 846 |
| 2.  JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
| a/k/a "Danny" | ) | And to Possess with Intent |
| 3.  GEORGE MONTILLA, | ) | To Distribute, Cocaine |
| a/k/a "Jose;" | ) | |
| 4.  LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
| a/k/a "Nene" | ) | Criminal Forfeiture |
| 5.  RAMON VILLA, | ) | |
| a/k/a "Lorenzo Velasquez) | | |
| a/k/a "Ramon," | ) | |
| a/k/a "Jose Andino; | ) | |
| 6.  ANSELMO DOMINGUEZ; | ) | |
| 7.  CESAR MIRANDA, | ) | |
| a/k/a "Tutu;" and | ) | |
| 8.  PEDRO INFANTE, | ) | |
| a/k/a "Alex;" | ) | |
| | ) | |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:     (21 U.S.C. § 846 - Conspiracy to Distribute,
               and to Possess with Intent to Distribute,
               Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about November 2003 and continuing to on or about March 31, 2004, at Haverhill, Lawrence, Boston and elsewhere in the District of Massachusetts, in Nashua in the District of New Hampshire, and in New York City, in the Southern District of New York, and elsewhere,

1.  JUAN ROSARIO,
    a/k/a "Carlos Castro;"
2.  JAVIER TORRES-ESPINO,
    a/k/a "Danny;"
3.  GEORGE MONTILLA,
    a/k/a "Jose;"
4.  LUIS CASTRO,
    a/k/a "Nene"
5.  RAMON VILLA,
    a/k/a "Lorenzo Velasquez,"
    a/k/a "Ramon,"
    a/k/a "Jose Andino;"
6.  ANSELMO DOMINGUEZ;
7.  CESAR MIRANDA,
    a/k/a "Tutu;" and
8.  PEDRO INFANTE,
    a/k/a "Alex;"

defendants herein, did knowingly and intentionally combine,
conspire, confederate, and agree with each other, and with other
persons known and unknown to the Grand Jury, to distribute, and
to possess with intent to distribute, cocaine, a Schedule II
controlled substance, in violation of Title 21, United States
Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or
more of a mixture or substance containing a detectable amount of
cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections
846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

1.    As a result of the offense alleged in Count One of this
Indictment,

       1.    **JUAN ROSARIO,**
            **a/k/a "Carlos Castro;"**
       2.    **JAVIER TORRES-ESPINO,**
            **a/k/a "Danny;"**
       3.    **GEORGE MONTILLA,**
            **a/k/a "Jose;"**
       4.    **LUIS CASTRO,**
            **a/k/a "Nene"**
       5.    **RAMON VILLA,**
            **a/k/a "Lorenzo Velasquez,"**
            **a/k/a "Ramon,"**
            **a/k/a "Jose Andino;"**
       6.    **ANSELMO DOMINGUEZ;**
       7.    **CESAR MIRANDA,**
            **a/k/a "Tutu;" and**
       8.    **PEDRO INFANTE,**
            **a/k/a "Alex;"**

defendants herein, shall forfeit to the United States any and all

property constituting, or derived from, any proceeds the

defendant obtained, directly or indirectly, as a result of the

offenses, and any property used or intended to be used, in any

manner or part, to commit, or to facilitate the commission of,

such offenses.  Such property includes, but is not limited to:

      (a)   $7,150 in United States currency seized from
           GEORGE MONTILLA on March 12, 2004, in that such
           sum represents drug proceeds, and

      (b)   $13,750 in United States currency seized from
           Jimenez Grocery at Lawrence, MA on March 30, 2004,
           in that such sum represents drug proceeds, and
           further represents monies the Defendants intended
           to use to purchase cocaine; and

2.    If any of the properties described in paragraph 1, above, as a result of any act or omission of the Defendants --

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.   The defendant JUAN ROSARIO, a/k/a "Carlos Castro" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.   The defendant JAVIER TORRES-ESPINO, a/k/a "Danny" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

3.   The defendant GEORGE MONTILLA, a/k/a "Jose" is accountable for at least 2 kilograms, but not more than 3.5 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(6) applies to this defendant.

4.   The defendant LUIS CASTRO, a/k/a "Nene" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

5.   The defendant RAMON VILLA, a/k/a "Lorenzo Velasquez," a/k/a "Ramon," a/k/a "Jose Andino" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

6.   The defendant ANSELMO DOMINGUEZ is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.

Accordingly USSG §2D1.1(c)(7) applies to this defendant.

7.    The defendant CESAR MIRANDA, a/k/a "Tutu" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(7) applies to this defendant.

8.    The defendant PEDRO INFANTE is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/23/04 @ 2:35pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Haverhill   **Category No.**  II      **Investigating Agency**   DEA

**City**   Haverhill

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X         Case No.    04-CR-10160-WGY
Same Defendant   X         New Defendant _____
Magistrate Judge Case Number     04-M-1069-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Ramon Villa         Juvenile:   ☐ Yes   X No

Alias Name   "Lorenzo Velasquez," "Jose Andino," "Ramon"

Address   187-189 Sanborn Street, Lawrence, MA

Birthdate: _____ SS # _____ Sex:  M   Race:  Hispanic   Nationality: _____

**Defense Counsel if known:**   Paul Markham      Address  P.O. Box 1101

Bar Number   _____         Melrose, MA  02176

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie       Bar Number if applicable   _____

**Interpreter:**   X Yes   ☐ No     List language and/or dialect:   Spanish

**Matter to be SEALED:**   ☐ Yes  X  No

  ☐ Warrant Requested      ☐ Regular Process      X  In Custody

**Location Status:**

Arrest Date     03/30/04

X  Already in Federal Custody as of     03/30/04     in   Boston, MA    .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X  Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   9/23/04      Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk):   _____

**Name of Defendant**    Ramon Villa, a/k/a "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Haverhill    **Category No.** II    **Investigating Agency** DEA

**City** Haverhill

**County** Essex    **Related Case Information:**

Superseding Ind./ Inf. X    Case No. 04-CR-10160-WGY
Same Defendant X    New Defendant
Magistrate Judge Case Number 04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Javier Espino-Torres    Juvenile: ☐ Yes    X No

Alias Name Danny Parades

Address

Birthdate: _____ SS # _____ Sex: M Race: Hispanic Nationality: _____

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA Cynthia W. Lie    Bar Number if applicable _____

**Interpreter:** X Yes    ☐ No    List language and/or dialect: Spanish

**Matter to be SEALED:** ☐ Yes X No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date 03/31/04

X Already in Federal Custody as of 03/31/04 in Southern District of New York .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ X Felony 2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 9/23/04    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Javier Espino-Torres, a/k/a "Danny Parades" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II_____    **Investigating Agency**  DEA_____

**City**  Haverhill_____    **Related Case Information:**

**County**  Essex_____    Superseding Ind./ Inf.  X_____    Case No.  04-CR-10160-WGY
                                   Same Defendant  X_____    New Defendant _____
                                   Magistrate Judge Case Number  04-M-1069-JGD_____
                                   Search Warrant Case Number  _____
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  George Montilla_____    Juvenile:  ☐ Yes    X No

Alias Name  Jose_____

Address  22 Hilltop Street, Lawrence, MA_____

Birthdate: _____ SS # _____ Sex:  M__ Race:  Hispanic_____ Nationality: _____

**Defense Counsel if known:**  Ronald Segal, Esq._____    Address  23 Central Avenue, Suite 605

Bar Number  _____    Lynn, MA 01901_____

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie_____    Bar Number if applicable  _____

**Interpreter:**  X Yes  ☐ No    List language and/or dialect:  Spanish_____

**Matter to be SEALED:**  ☐ Yes  X No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date  03/30/04_____

X Already in Federal Custody as of  03/30/04_____  in  Boston, MA_____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: _9/23/04_____    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   George Montilla, a/k/a "Jose" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill     **Category No.**  II          **Investigating Agency**  DEA

**City**  Haverhill                    **Related Case Information:**

**County**  Essex                      Superseding Ind./ Inf.  X          Case No.  04-CR-10160-WGY
                                       Same Defendant  X          New Defendant
                                       Magistrate Judge Case Number  04-M-1069-JGD
                                       Search Warrant Case Number
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Luis Castro                     Juvenile:   ☐ Yes    X No

Alias Name  Nene

Address  1 Clocktower Place, Apt. 114, Nashua, NH

Birthdate: _____  SS # _____  Sex: M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:**   Stephen D. Judge, Esq.      Address  23 Central Avenue., #605

Bar Number  _____              Lynn, MA 01901

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie                    Bar Number if applicable  _____

**Interpreter:**   X Yes   ☐ No      List language and/or dialect:     Spanish

**Matter to be SEALED:**   ☐ Yes  X  No

   ☐ Warrant Requested        X Regular Process        ☐ In Custody

**Location Status:**

Arrest Date  _____

☐ Already in Federal Custody as of  _____  in  _____ .

☐ Already in State Custody at  _____  ☐ Serving Sentence   ☐ Awaiting Trial

X On Pretrial Release:  Ordered by:  JGD          on  05/18/04

**Charging Document:**   ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   9/24/04          Signature of AUSA:  _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>Luis Castro, a/k/a "Nene"</u>_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill     **Category No.**  II            **Investigating Agency**   DEA

**City**   Haverhill                        **Related Case Information:**

**County**   Essex                          Superseding Ind./ Inf.   X            Case No.   04-CR-10160-WGY
                                            Same Defendant       X
                                            New Defendant
                                            Magistrate Judge Case Number     04-M-1069-JGD
                                            Search Warrant Case Number
                                            R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Anselmo Dominguez                     Juvenile:     ☐ Yes     X No

Alias Name

Address     82 Temple Street, Haverhill, MA

Birthdate: _____ SS # _____ Sex: _M_   Race: _Hispanic_   Nationality: _____

**Defense Counsel if known:**     John C. McBride, Esq.        Address  240 Commercial Street

Bar Number _____                              Boston, MA  02109

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                       Bar Number if applicable _____

**Interpreter:**     X Yes   ☐ No          List language and/or dialect:     Spanish

**Matter to be SEALED:**     ☐ Yes  X  No

   ☐ Warrant Requested          X Regular Process          ☐ In Custody

**Location Status:**

Arrest Date     03/30/04

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X  On Pretrial Release:  Ordered by:   JGD          on   04/15/04

**Charging Document:**     ☐ Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

X       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:     9/24/04          Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anselmo Dominguez _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill          **Category No.**  II          **Investigating Agency**   DEA

**City**   Haverhill                         **Related Case Information:**

**County**   Essex                           Superseding Ind./ Inf.   X          Case No.   04-CR-10160-WGY
                                             Same Defendant   X          New Defendant
                                             Magistrate Judge Case Number   04-M-1069-JGD
                                             Search Warrant Case Number
                                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Pedro Infante                    Juvenile:        ☐ Yes      X No

Alias Name       Alex

Address          62 Jackson Street Extension, #1, Haverhill, MA

Birthdate: _____ SS # _____ Sex: M ____ Race: Hispanic ____ Nationality: _____

**Defense Counsel if known:**      _____      Address _____

Bar Number       _____                       _____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                           Bar Number if applicable   _____

**Interpreter:**   X Yes   ☐ No        List language and/or dialect:      Spanish

**Matter to be SEALED:**   ☐ Yes   ☐ No

        ☐ Warrant Requested         ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date      F u g i t i v e

☐ Already in Federal Custody as of      _____ in   _____
☐ Already in State Custody at   _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____ on   _____

**Charging Document:**   ☐ Complaint      ☐ Information      X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

X      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:   9/24/04          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Pedro Infante, a/k/a "Alex" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Haverhill          **Category No.**  II          **Investigating Agency**  DEA

**City**  Haverhill

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.  X                    Case No.  04-CR-10160-WGY
Same Defendant  X          New Defendant
Magistrate Judge Case Number        04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Cesar Miranda                Juvenile:      ☐ Yes      X  No

Alias Name  Tuto

Address

Birthdate:            SS #            Sex:  M    Race:  Hispanic          Nationality:

**Defense Counsel if known:**        Lenore Glaser, Esq.        Address  25 Kingston Street, 6th Floor

Bar Number                                          Boston, MA  02111

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                    Bar Number if applicable

**Interpreter:**      X Yes    ☐ No        List language and/or dialect:        Spanish

**Matter to be SEALED:**      ☐ Yes   X   No

      ☐  Warrant Requested            ☐  Regular Process        X  In Custody

**Location Status:**

Arrest Date        03/31/04

X  Already in Federal Custody as of            03/31/04            in    Boston, MA          .
☐  Already in State Custody at                    ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:    Ordered by:                    on

**Charging Document:**      ☐ Complaint        ☐ Information        X  Indictment

**Total # of Counts:**      ☐ Petty            ☐ Misdemeanor          X  Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

X      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:                    Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Cesar Miranda, a/k/a "Tuto" _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II    **Investigating Agency**  DEA

**City**  Haverhill    **Related Case Information:**

**County**  Essex    Superseding Ind./ Inf.  X    Case No.  04-CR-10160-WGY
 Same Defendant  X    New Defendant
 Magistrate Judge Case Number  04-M-1069-JGD
 Search Warrant Case Number
 R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Juan Rosario    Juvenile:  ☐ Yes   X No

Alias Name  Carlos Castro

Address  81 Blaisdell Street #1, Haverhill, MA

Birthdate:  1965    SS #  7818    Sex:  M    Race:  Hispanic    Nationality:

**Defense Counsel if known:**    Page Kelley, Esq.    Address  408 Atlantic Avenue

Bar Number    Boston, MA 02210

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie    Bar Number if applicable

**Interpreter:**  X Yes  ☐ No    List language and/or dialect:    Spanish

**Matter to be SEALED:**  ☐ Yes  X No

 ☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    03/30/04

X Already in Federal Custody as of    03/30/04    in  Boston, MA    .
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:    on

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

Date:    9/24/04    Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Juan Rosario, a/k/a "Carlos Castro" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____