UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10160-WGY</u>

**UNITED STATES**
Plaintiff

v.

**JUAN ROSARIO
JAVIER TORRES-ESPINO
GEORGE MONTILLA
LUIS CASTRO
RAMON VILLA
ANSELMO DOMINGUEZ
CESAR MIRANDA
PEDRO INFANTE**
Defendant

**SCHEDULING ORDER**

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on 12/21/04

Any substantive motions are to be filed by    3/11/05    . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before   3/25/05      See LR 116.3(l).

A Final Pretrial Conference will be held on   5/2/05 @ 2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 5/2/05

A tentative trial date has been set for   6/6/05

The time between 12/21/05            and   6/6/05          is excluded in the interest of justice.

By the Court,

_____

                        **Deputy Clerk**

**December 22, 2004To: All Counsel**