

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

May 16, 2005

**VIA FEDEX**
Stephen D. Judge, Esq.
23 Central Avenue, #605
Lynn, MA  01901

John C. McBride, Esq.
McBride and Natola
240 Commercial Street
Boston, MA  02109

    Re:    <u>United States v. Juan Rosario, et. al.</u>
             04-CR-10160 WGY

Dear Counsel:

    During the pre-trial conference, you indicated your clients intent to proceed to trial on June 6, 2005, and it is my understanding that your clients have not contacted the Court to set up any Rule 11 hearing to date. Therefore, the government has begun to prepare for trial and will oppose any acceptance adjustments in the future. In anticipation of trial and in accordance with Local Rule 116.2, the government also provides you with the following statement in the above-captioned matter and additional discovery, Bates numbers 2689-4360.

**DISCLOSURES REQUIRED UNDER LOCAL RULE 116.2(B)(2)**

    The government has provided you with all the discovery presently in its possession required by this Rule or made this material available for your inspection and review.

**TRANSCRIPTS**

    Enclosed are the transcripts generated to date. If the government generates further transcripts, I will promptly produce them to you.

**JENKS ACT MATERIALS**

Enclosed is the grand jury testimony of S/A Christian Brackett from the indictment and the superseding indictment. If I receive any further Jenks material, I will promptly produce it to you.

**WITNESS AND EXHIBIT LISTS**

As required by the Rules, the Government shall provide its Witness and Exhibit List on May 31, 2005 as currently scheduled by the pre-trial order or seven days prior to trial should the trial be postponed for any reason.

**ADDITIONAL EXPERT DISCOVERY**

You have already received the DEA 7 reports regarding drug Exhibits 1-6. Also enclosed are DEA chemist Maureen Craig's CV and notes and calculations from her analysis of the drug Exhibits 1-6.

**DEFENDANT'S DISCOVERY**

The government has received no discovery from defendants to date. Please produce any reciprocal discovery forthwith.

**ALIBI**

The government made a request for alibi information on August 12, 2004. No response from defendants have been received. The government reiterates that request.

Again, please advise me if you believe that there are any outstanding discovery issues. Also, please feel free to contact me with any other matters at (617) 748-3183.

Sincerely,

CYNTHIA W. LIE
Assistant U.S. Attorney

Enc.
cc: **WITH ENCL. VIA FEDEX**

2

Paul Markham, Esq.
P.O. Box 1101
Melrose, MA   02176

Ronald Ian Segal, Esq.
23 Central Avenue
Suite 605
Lynn, MA   01901

Page Kelley, Esq.
Office of the Federal Defender
408 Atlantic Avenue
Boston, MA   02210

Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA   02111-2022

cc:
**VIA HAND DELIVERY**
Elizabeth Smith; Court Clerk to the Honorable William G. Young (w/o enc.)